UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN

CHARLES D. ANDREWS, III,

      Plaintiff,

-vs-                                 Case No:   1:16-cv-4325

KIRBY CORPORATION,

      Defendant.

_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI   48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

_____/

## COMPLAINT

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1.     Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2.     Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

3.      At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4.      On or about January 23, 2016, Plaintiff was in the course of employment when he was required to handle corroded ill-fitting deck plates when as a result of said failure to provide a safe place to work and seaworthy vessel he lost his balance and was injured with Defendant thereafter refusing, neglecting, or denying the provision of necessary maintenance and/or cure regarding a resulting back injury resulting in aggravation of his underlying condition and/or prolongation of pain and suffering in violation of Defendant's obligations under the Jones Act and general maritime law.

5.      Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

      a.      Pain and suffering, past future;

      b.      Mortification, humiliation, fright shock and embarrassment;

      c.      Loss of earnings and earning capacity;

      d.      Hospital, pharmaceutical and other cure expenses;

      e.      Aggravation of prior condition, if any there be;

      f.      Inability to engage in social, recreational, and other pursuits previously enjoyed;

      g.      Mental anguish;

      h.      Found;

      i.      Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together

with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the

pendency of this cause.

<div style="margin-left: 40%;">

O'BRYAN BAUN KARAMANIAN

/s/ Dennis M. O'Bryan

_____

DENNIS M. O'BRYAN
Attorneys for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI   48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

</div>

DATED:   August 3, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN

CHARLES D. ANDREWS, III,

     Plaintiff,

-vs-                                       Case No:  1:16-cv-4325

KIRBY CORPORATION,

     Defendant.

_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI   48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

_____/

## DEMAND FOR TRIAL BY JURY

     NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN

KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                 O'BRYAN BAUN KARAMANIAN

                                 /s/ Dennis M. O'Bryan

                                 _____

                                 DENNIS M. O'BRYAN
                                 Attorneys for Plaintiff
                                 401 S. Old Woodward, Suite 463
                                 Birmingham, MI   48009
                                 (248) 258-6262   (248) 258-6047 – fax
                                 dob@obryanlaw.net

Dated: